UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN L. SLAGLE, <br><br> Plaintiff, <br><br> v. <br><br> CONVERGENT OUTSOURCING, INC., <br><br> Defendant. | C22-26 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Order dated May 27, 2022, docket no. 5, the Court directed plaintiff to show cause why this action should not be dismissed for failing to prosecute. Plaintiff has not responded to the Court's Order. If Plaintiff does not show cause within thirty (30) days of the date of this Minute Order why the complaint in this matter should not be dismissed for failure to timely serve, then the Court will dismiss this case without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of June, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1