UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALAN L. SLAGLE,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.,

    Defendant.

C22-26 TSZ

ORDER

On June 29, 2022, the Court entered a minute order stating that if Plaintiff does not show cause within thirty (30) days of the date of that Minute Order why the complaint should not be dismissed for failure to timely serve, then the Court will dismiss the case without prejudice.  Minute Order (docket no. 7).  To date, Plaintiff has failed to show cause.

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED without prejudice and without costs.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 16th day of August, 2022.

                                                    Thomas S. Zilly
                                                  United States District Judge

ORDER - 1